JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEROY JOSEPH SHELLEY,              ) NO. CV 19-7443-GW(E)
                                  )
          Petitioner,             )
                                  )
     v.                           )      JUDGMENT
                                  )
CYNTHIA Y. TAMPKINS, Warden,      )
                                  )
          Respondent.             )
_____)


     Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


          DATED: January 11, 2021.


                    _____
                         GEORGE H. WU
                    UNITED STATES DISTRICT JUDGE